**Opinion issued May 18, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-17-00338-CR**

**NO. 01-17-00342-CR**

———————————

**IN RE DEVIN PAUL COLE, Relator**

---

**Original Proceedings on Petitions for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Devin Paul Cole, has filed a petition for a writ of mandamus seeking to compel the respondent district judge to rule on his pro se pre-trial habeas corpus application, seeking release on a personal recognizance bond, in the underlying criminal proceeding, which was assigned to appellate cause number 01-17-00338-

CR.[1]  Relator then filed a separate "Application for a[n] Article 17.151 Tx.C.C.P." pre-trial writ of habeas corpus seeking release on personal bond from the same underlying criminal proceeding, which was assigned to appellate cause number 01-17-00342-CR and which we construe as a mandamus petition.  In light of relator stating in both petitions that he is represented by court-appointed trial counsel below, his pro se mandamus petitions present nothing for this Court's review because a criminal defendant is not entitled to hybrid representation.  *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995).

Accordingly, we dismiss both mandamus petitions for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Brown.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1]  The underlying case is *The State of Texas v. Devin Paul Cole*, Cause No. 1527907, 338th District Court, Harris County, Texas, the Honorable Ramona Franklin presiding.  This Court recently dismissed for want of jurisdiction relator's similar mandamus petition.  *See In re Devin Paul Cole*, No. 01-17-00239-CR, 2017 WL 1504010, at *1 (Tex. App.—Houston [1st Dist.] Apr. 25, 2017, orig. proceeding) (per curiam) (mem. op., not designated for publication).